UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD VILLA, ) | Case No. 07-CV-0032-JAH (JMA) |
| Petitioner, ) | **ORDER REQUIRING RESPONSE TO PETITIONER'S MOTION REQUEST TO STAY FEDERAL PROCEEDINGS** |
| v. ) | |
| M.S. EVANS, Warden ) | |
| Respondent. ) | |

On January 3, 2007, Petitioner filed a Petition for Writ of Habeas Corpus. [Doc. No. 1.] On April 16, 2007, Petitioner filed a Motion Request to Stay Federal Proceedings. [Doc. No. 8.] The motion requests that the Court stay these proceedings while Petitioner exhausts state remedies as to unexhausted "Claim #5."

Accordingly, **IT IS HEREBY ORDERED** that Respondent shall file a response to Petitioner's motion for stay on or before **June 1, 2007** (this response will serve to fulfill the obligation to respond set forth in the Court's March 8, 2007 Order [Doc. No. 6]). Petitioner shall file a reply on or before **July 6, 2007**. In his reply, Petitioner shall address whether his request for a

stay meets the requirements set forth in <u>Rhines v. Weber</u>, 544 U.S. 269 (2005).[1]

**IT IS SO ORDERED**.

DATED: April 26, 2007

_____
Jan M. Adler
U.S. Magistrate Judge

---

[1] In his motion, Petitioner states that his legal papers are lost and makes two inquiries. In response to the first inquiry, the Court notes that the Petition contains four claims (which appear as five claims because the substance of Ground Three is repeated in Ground Four), as follows: Ground One - "Petitioner was denied due process in violation of the 14th Amendment by being convicted without sufficient evidence;" Ground Two - "Petitioner was denied due process in violation of the 14th Amendment by being convicted of murder with a weapon based on a theory that didn't contemplate the use of weapon;" Ground Three - "Petitioner was denied due process in violation of the 14th Amendment because there was no rational connection between the fact proved and the fact that was inferred;" Ground Four - "Petitioner was denied due process in violation of the 14th Amendment because there was no rational connection between the fact proved and the fact that was inferred;" Ground [5] - "Petitioner was denied the right to confront and cross-examine witnesses as well as due process when the trial court allowed hearsay testimony (violation of the 6th & 14th Amend.)."

In response to Petitioner's second inquiry about whether his family can send payment for copies of his petition, the Court directs Petitioner to the Clerk's Office for the U.S. District Court for the Southern District of California, 880 Front Street, 4th Floor, San Diego, CA 92101; (619) 557-5473.